# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA    CRIMINAL NO. 24-CR-457 MAJ

Plaintiff

vs.


ANGEL AVILES MONZON,

Defendant

### DECLARATION OF ANGEL AVILES MONZON IN SUPPORT OF MOTION FOR RETURN OF PROPERTY

I, Angel Aviles Monzon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am the Defendant in the above-captioned matter. I make this declaration in support of the accompanying Motion for Return of Property. The facts stated here are based on my own personal knowledge, and if called to testify I could and would testify competently to them.

2.    The property at issue is one gold chain bearing a pendant marked "MONEY WAY" (the "Subject Property"). I am the lawful owner of the Subject Property.

3.    I acquired the Subject Property using lawful funds derived from my music career. The Subject Property was not purchased with, derived from, or exchanged for proceeds of any unlawful activity.

4.    The item at issue is my personal jewelry. I wore it for personal use, and no other person owns or claims an ownership interest in it.

5.    While I was in federal custody, the Subject Property was taken from my home during the execution of a search warrant.

6.    The Subject Property is ordinary personal jewelry. It is not contraband. I have never used it to commit, facilitate, or conceal any crime. I have not received any notice that the Subject Property is the subject of administrative or judicial forfeiture proceedings.

7.      I respectfully request that the Court order the Government to return the Subject Property to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____ day of _____, 2026, in _____,

_____
ANGEL AVILES MONZON